UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

Magistrate Judge Snow

      Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION,

      Defendant.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*.

On April 15, 2014, Plaintiff Kathy E. Emery filed a Complaint against Defendant Allied

Pilots Association, alleging federal question jurisdiction pursuant to 28 U.S.C. 1331, for alleged

violations by Defendant under the Railway Labor Act, 45 U.S.C. § 151.  The Complaint alleges

that Plaintiff is a resident of the State of Florida and that Defendant is a labor organization with

its principal office in the State of Texas. See Complaint at ¶¶ 2, 3.  The address listed on both the

first and last pages of the Complaint indicates that Plaintiff is a resident of Miami-Dade County,

Florida.  On the Civil Cover Sheet, filed with the Complaint, Plaintiff has indicated that she is a

resident of Palm Beach County and that the "County Where Action Arose" is Palm Beach

County. See [DE 1-1].  There are no allegations in the Complaint which support Plaintiff's

selection of a Palm Beach County venue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Plaintiff shall show

cause by April 28, 2014 why a Palm Beach County venue is appropriate, as compared to

elsewhere in the Southern District of Florida.  This would include (1) filing an Amended

Complaint alleging underlying facts which support Plaintiff's claim that the action arose in Palm

Beach County and/or (2) providing proof that Plaintiff is a resident of Palm Beach County.

Failure to timely comply with this Order may result in dismissal.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

16th day of April, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Kathy E. Emery
1050 N.E. 91 St.
Miami, Fl. 33138