UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

    Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION.

    Defendant.

_____/



## VERIFIED RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, Kathy E. Emery, hereby responds to this Court's *sua sponte* Order to Show Cause entered April 16, 2014. In its order this Court ordered Plaintiff shall show cause by April 28, 2014 why a Palm Beach County venue is appropriate as compared to elsewhere in the Southern District of Florida, including (1) filing an Amended Complaint alleging underlying facts which support Plaintiff's claim that the action arose in Palm Beach County and/or (2) providing proof that Plaintiff is a resident of Palm Beach County.

Plaintiff respectfully suggests Palm Beach County venue is appropriate in this case and states as follows, I currently reside at 14766 Boxwood Drive, Palm Beach Gardens, Florida 33418 [See Attachment]. I inadvertently failed to include the address where I currently reside in the body of my Complaint but noted that I was a Palm Beach County resident on my Civil Cover Sheet.

The Dade County address in my Complaint was for mailing purposes only. This is where my long-time business partner has established an office with facsimile after he sold

property housing his business, Shoreline Services. Mr. Combs assists me in many matters and for convenience, we both have used Shoreline's business address as our mailing address. He is currently overseeing repairs of the property shown only in my complaint as my mailing address. The property is currently under renovation, is presently unlivable, and will be listed for sale upon completion of renovations.

In deference to this Court, I am amenable to jurisdiction in either division. However, it would be very difficult for me to properly try my case in Miami-Dade County, due to the distance from my current residence in Palm Beach Gardens Florida.

**WHEREFORE,** based on the foregoing, Plaintiff, Kathy Emery respectfully requests that this Court allows the case to remain in the Palm Beach Division in the county where Plaintiff currently resides.

Signed and dated this 23 day of April, 2014.

_Kathy E. Emery_
Kathy E. Emery
14766 Boxwood Dr.
Palm Beach Gardens, Florida 33418
a.l.combs@aol.com
Telephone: (305) 758-9650

**I HEREBY STATE** under penalty of perjury that the foregoing is true and correct.

_Kathy E. Emery_
Kathy E. Emery
Date: April 23, 2014

# ATTACHMENT

Statement date  02/09/14
Loan number
Property address
   14766 BOXWOOD DRIVE 1
   PALM BEACH GARDENS FL 33418

## Customer Service

Online
wellsfargo.com

Fax
1-866-278-1179

Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

Payments
PO Box 660455
Dallas TX 75266

Purchase or refinance
1-866-867-3026

We accept telecommunications relay service calls.

   ummary        Year to date summary

---



*Please detach and return with your payment.*

Loan number
Current monthly payment due
Total payment due 03/01/14
After 03/16/14 a late charge may apply



Check here and see reverse
for address correction.

KATHY E EMERY

04504/012504/004504 0053  1 ACR9HC 708

WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX  75266-0455



708  0159093459  3  100501992240206115019922400000000  000000013307535208  5

ATTACHMENT



Gary R. Nikolits, CFA
Property Appraiser
Palm Beach County

Property Appraiser's Public Access




| | |
|---|---|
| Location Address | 14766 BOXWOOD DR |
| Municipality | UNINCORPORATED |
| Parcel Control Number | 00-41-41-20-01-004-0040 |
| Subdivision | CALOOSA 1ST ADDITION |
| Official Records Book | 13245    Page 551 |
| Sale Date | DEC-2001 |
| Legal Description | CALOOSA 1ST ADD LT 4 SEC 4 |

| Owners | Mailing address |
|---|---|
| COMBS ALVIN L & EMERY KATHY E | SHORELINE SERVICES C/O 8020 NE 4TH AVE MIAMI FL 33138 4409 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| DEC-2001 | $315,000 | 13245 / 0551 | WARRANTY DEED | COMBS ALVIN L & |
| OCT-1981 | $160,000 | 03620 / 1020 | WARRANTY DEED | HOPPER JANET |

**No Exemption Information Available.**

Number of Units  1    *Total Square Feet  3831    Acres  5.47

Use Code  0100 - SINGLE FAMILY    Zoning  AR - Agricultural Residential ( 00-UNINCORPORATED )

| Tax Year | 2013 | 2012 | 2011 |
|---|---|---|---|
| Improvement Value | $57,593 | $51,537 | $34,262 |
| Land Value | $165,891 | $197,490 | $224,420 |
| Total Market Value | $223,484 | $249,027 | $258,682 |

All values are as of January 1st each year

| Tax Year | 2013 | 2012 | 2011 |
|---|---|---|---|
| Assessed Value | $223,484 | $249,027 | $258,682 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $223,484 | $249,027 | $258,682 |

| Tax Year | 2013 | 2012 | 2011 |
|---|---|---|---|
| Ad Valorem | $4,246 | $4,802 | $5,101 |
| Non Ad Valorem | $339 | $550 | $550 |
| Total tax | $4,585 | $5,352 | $5,651 |