AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by ___ D.C.
AUG 0 5 2014
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Kathy E. Emery )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. )   Civil Action No. 14-80518-Civ-Dimitrouleas
Allied Pilots Association )
)
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Allied Pilots Association
    O'Connell Building
    14600 Trinity Boulevard
    Suite 500
    Fort Worth, Texas 76155-2512

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathy E. Emery
    Mailing Address:
    1050 N.E. 91st Street
    Miami, Florida 33138

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Steven M. Larimore
CLERK OF COURT

Date: August 5, 2014

*Signature of Clerk or Deputy Clerk*

Florida Southern District
Palm Beach Division