UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

    Plaintiff,
vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

### ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH RULE 4(M) OF THE FEDERAL RULES OF CIVIL PROCEDURE

    **THIS CAUSE** is before the Court *sua* sponte.  This action was filed on April 15, 2014.  See [DE 1].  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve the summons and complaint on the defendant within 120 days after filing the complaint.  It has been more than 120 days since the filing of the complaint, yet there is no indication in the record that service has been effectuated.

    Accordingly, it is **ORDERED AND ADJUDGED** that on or before August 25, 2014, Plaintiff shall either perfect service of process, show that service has already been made, or show good cause why service has not been perfected.  Failure to timely respond may result in immediate dismissal of this action without prejudice.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of August, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Kathy E. Emery
1050 NE 91st Street
Miami, FL  33138