UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

    Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

FILED by _____ D.C.
AUG 20 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NOTICE OF FILING RETURN OF SERVICE**
**SUMMONS AND COMPLAINT**

Comes Plaintiff Kathy E. Emery, and hereby files her Notice of Filing and Return of Service of Summons and Complaint pursuant to this Court's *sua* sponte Order To Show Cause dated August 14, 2014, and says:

This action was filed on April 15, 2014. Service was effectuated in this action on Defendant Allied Pilots Association the 8th day of August, 2014 at 11:00 am, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Proof of Return of Service from Thomas Court Services is attached hereto.

Respectfully submitted this 19th day of August 2014.

*/s/ Kathy E Emery*
Kathy E. Emery
Mailing Address
1050 N.E. 91st Street
Miami, Florida 33138
(305) 758-9650

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 14-80518-CIV-DIMITROULEAS

Plaintiff(s):
**KATHY EMERY**

vs.

Defendant(s):
**ALLIED PILOTS ASSOCIATION**

For:
KATHY EMERY
1050 N.E. 91st STREET
MIAMI, FL 33138

Received by Thomas Court Services on the 6th day of August, 2014 at 3:06 pm to be served on **ALLIED PILOTS ASSOCIATION O'CONNELL BUILDING, 14600 TRINITY BLVD, SUITE 500, FORT WORTH, TX 76155.**

I, JILL L. ZANUTTO, do hereby affirm that on the **8th day of August, 2014 at 11:00 am**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **TRICIA KENNEDY** as **ATTORNEY** at the address of: **14600 TRINITY BLVD, SUITE 500, FORT WORTH, TX 76155**, who stated they are authorized to accept service for **ALLIED PILOTS ASSOCIATION**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: WHITE, Height: 5'9", Weight: 175, Hair: BROWN, Glasses: N

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

JILL L. ZANUTTO
SCH000011003, EXP. 06/30/2017

Thomas Court Services
4834 Swiss Avenue
Dallas, TX 75204
(972) 790-2706

Our Job Serial Number: FCI-2014000116