FILING FEE
PAID $ 75.00
Pro hac $54.09
Vice
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS/SNOW

FILED by _____ D.C.

AUG 26 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

KATHY E. EMERY,

     Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

     Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven K. Hoffman of the law firm of James & Hoffman, P.C., 1130 Connecticut Avenue, NW, Suite 950 Washington, DC 20036, (202) 496-0500, for purposes of appearance as co-counsel on behalf of Defendant Allied Pilots Association in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Steven K. Hoffman to receive electronic filings in this case, and in support thereof states as follows:

     1.     Steven K. Hoffman is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar and the United States District Court for the District of Columbia.

     2.     Movant, Kathleen M. Phillips, Esquire, of the law firm of Phillips, Richard & Rind, P.A., 9360 SW 72 Street, Suite 283 Miami, FL 33173, (305) 412-8322, is a member in good standing

of the Florida Bar and the United States District Court for the Southern District of Florida, maintains

an office in this State for the practice of law, and is authorized to file through the Court's electronic

filing system. Movant consents to be designated as a member of the Bar of this Court with whom the

Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom

filings shall be served, who shall be required to electronically file all documents and things that may

be filed electronically, and who shall be responsible for filing documents in compliance with the

CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Steven K. Hoffman has made

payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached

hereto.

4.      Steven K. Hoffman, by and through designated counsel and pursuant to Section 2B of

the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic

Filings to Steven K. Hoffman at email address: skhoffman@jamhoff.com.

WHEREFORE, Kathleen M. Phillips, moves this Court to enter an Order Steven K.

Hoffman, to appear before this Court on behalf of Defendant Allied Pilots Association, for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide

notice of electronic filings to Steven K. Hoffman.

Dated: August 26, 2014                    Respectfully submitted,

Kathleen M. Phillips
Florida Bar No. 287873
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
(305) 412-8322

(305) 412-8299 (fax)
kphillips@phillipsrichard.com

Attorney for Defendant Allied Pilots Association

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80518-CIV-DIMITROULEAS/SNOW

KATHY E. EMERY,

      Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

      Defendant.

_____/

### CERTIFICATION OF STEVEN K. HOFFMAN

Steven K. Hoffman, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the District of Columbia Bar and the United States District Court for the District of Columbia.

_____
8/25/14
Date

Steven K. Hoffman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of the Court this _26_ day of August, 2014.  I also certify that the foregoing document is being served this _26_ day of August, 2014, on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Kathleen M. Phillips

## SERVICE LIST

### KATHY E. EMERY v. ALLIED PILOTS ASSOCIATION
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 14-80518-CIV-DIMITROULEAS/SNOW

*By First-Class Mail and Email*
Kathy E. Emery
1050 NE 91st Street
Miami, FL 33138
(305) 758-9650
a.l.combs@aol.com; ShorelineServ@aol.com; KathyEEmery@aol.com

Pro Se Plaintiff

*By CM/ECF*
Kathleen M. Phillips
Florida Bar No. 287873
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
(305) 412-8322
(305) 412-8299 (fax)
kphillips@phillipsrichard.com

Steven K. Hoffman*
D.C. Bar No. 384696
Darin M. Dalmat*
D.C. Bar No. 978922
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036
(202) 496-0500
(202) 496-0555 (fax)
skhoffman@jamhoff.com
dmdalmat@jamhoff.com
*Admission *Pro Hac Vice* Pending

Attorneys for Defendant Allied Pilots Association

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80518-CIV-DIMITROULEAS/SNOW

KATHY E. EMERY,

      Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

      Defendant.

_____/

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Steven K. Hoffman, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

Practice of Attorneys in the United States District Court for the Southern District of Florida and

Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion

and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Steven K. Hoffman, may appear and participate in this action on

behalf of Defendant Allied Pilots Association. The Clerk shall provide electronic notification of all

electronic filings to Steven K. Hoffman, at skhoffman@jamhoff.com.

DONE AND ORDERED in Chambers at _____, Florida, this

_____ day of _____, 2014.


_____
United States District Judge


Copies furnished to:
All Counsel of Record