UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

    Plaintiff,

vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

### ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE is before the Court upon the Motions to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE's 11, 12], filed herein on August 26, 2014.  The movant requests this Court to admit Darin M. Dalmat, Esq., and Steven K. Hoffman, Esq., of the law firm of James & Hoffman PC, to appear pro hac vice on behalf of Defendant Allied Pilots Association.  The Court has carefully considered the Motions, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motions to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings [DE's 11, 12] are hereby **GRANTED**.  The Court notes the filing of two $75.00 checks made payable to the Clerk, United States District Court, that the attorneys have designated Kathleen Marie Phillips, Esq., as local counsel, and have certified to having studied the Local Rules.  Out of state counsel

seeking to appear pro hac vice must pay the same filing fee as local attorneys who apply for admission to the bar of this Court.  The fee will cover pro hac vice admission in this case only.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification to Darin M. Dalmat, Esq., at dmdalmat@jamhoff.com.

The Clerk shall provide electronic notification to Steven K. Hoffman, Esq. at skhoffman@jamhoff.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Kathy E. Emery

1050 NE 91st Street

Miami, FL  33138