UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS/SNOW

KATHY E. EMERY,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

    Defendant.

_____/

**[PROPOSED] ORDER**

Upon consideration of Defendant Allied Pilots Association's ("APA") motion to dismiss, the materials filed in support and opposition thereto, and the entire record in this case, it is hereby REPORTED AND RECOMMENDED that JUDGMENT shall issue for Defendant APA on all counts of the Complaint and that the Complaint be dismissed in its entirety and with prejudice.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of _____, 2014.

 

_____
United States District Judge

Copies furnished to:
All Counsel of Record