UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80518-CIV-DIMITROULEAS

KATHY E. EMERY,

    Plaintiff,
vs.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant Allied Pilots Association's Motion to Dismiss, filed herein on August 28, 2014 [DE 14]. The Court has carefully considered the Motion, and is otherwise fully advised in the premises. As of the date of this Order, no response has been filed and the time for such filing has passed. *See* S.D. Fla. L.R. 1(c).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than September 22, 2014 why the instant Motion should not be granted. A failure to timely respond may result in the Court granting the Motion by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of September, 2014.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Kathy E. Emery
1050 NE 91st Street
Miami, FL  33138