UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-80518-CIV-RYSKAMP/HOPKINS

KATHY E. EMERY,

    Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the Court pursuant to the January 23, 2015 **[DE 29]** report and recommendation of United States Magistrate Judge James M. Hopkins recommending that Defendant's motion to dismiss be denied. The Court has reviewed the report and recommendation and has conducted a de novo review of the underlying record. No objection to the report and recommendation has been filed, and Defendant has filed an answer. It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED, AFFIRMED and APPROVED. The motion to dismiss **[DE 23]** is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of February, 2015.

                                                S/Kenneth L. Ryskamp
                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE