## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 14-80518-CIV-HURLEY

KATHY E. EMERY,

     Plaintiff,

v.

ALLIED PILOTS ASSOCIATION,

     Defendant.

_____/

### APA's NOTICE OF COMPLIANCE WITH FINAL JUDGMENT

In accordance with the Court's Final Judgment, ECF No. 160, Defendant Allied Pilots Association (**APA**) hereby notifies the Court that on January 13, 2017, it (1) granted Plaintiff Kathy E. Emery—along with all other pilots designated by APA as Medical Disability Dropped ("MDD")—access to "Challenge & Response" on the same terms and conditions as existed on January 11, 2017, for all active members of APA, and (2) provided a copy of the Court's January 4, 2017, Order Containing Findings of Fact & Conclusions of Law to each member of the APA Board of Directors.

Date: January 13, 2017

                                                  Respectfully submitted,

                                                  */s/ Kathleen M. Phillips*
                                                  Kathleen M. Phillips, Esq.
                                                  Florida Bar No. 287873
                                                  PHILLIPS, RICHARD & RIND, P.A.
                                                  9360 SW 72nd Street, Suite 283
                                                  Miami, FL 33173
                                                  (305) 412-8322
                                                  (305) 412-8299 (fax)
                                                  Email: kphillips@phillipsrichard.com

                                                  Steven K. Hoffman*

DC Bar No. 384696
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036
(202) 496-0500
(202) 496-0555 (fax)
Email: skhoffman@jamhoff.com

Darin M. Dalmat*
DC Bar No. 978922
JAMES & HOFFMAN, P.C.
18 West Mercer Street, Suite 400
Seattle, WA 98107
(206) 257-6028
(202) 496-0555 (fax)
Email: dmdalmat@jamhoff.com

*Admitted *Pro Hac Vice*

Attorneys for Defendant Allied
Pilots Association

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using CM/ECF this 13th day of January, 2017. I also certify that the foregoing document is being served this 13th day of January, 2017, on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Kathleen M. Phillips*
Kathleen M. Phillips, Esq.

3

**SERVICE LIST**

**KATHY E. EMERY v. ALLIED PILOTS ASSOCIATION**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 14-80518-CIV-HURLEY**

*By First-Class Mail and Email*
Kathy E. Emery
1050 NE 91st Street
Miami, FL 33138
(305) 758-9650
a.l.combs@aol.com

Pro Se Plaintiff

*By CM/ECF*
Kathleen M. Phillips
Florida Bar No. 287873
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72nd Street, Suite 283
Miami, FL 33173
(305) 412-8322
(305) 412-8299 (fax)
kphillips@phillipsrichard.com

Steven K. Hoffman*
DC Bar No. 384696
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036
(202) 496-0500
(202) 496-0555 (fax)
skhoffman@jamhoff.com

Darin M. Dalmat*
DC Bar No. 978922
JAMES & HOFFMAN, P.C.
18 West Mercer Street, Suite 400
Seattle, WA 98119
(206) 257-6028
(202) 496-0555 (fax)
dmdalmat@jamhoff.com

*Admitted *Pro Hac Vice*

Attorneys for Defendant Allied Pilots
Association